**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1506**

---

In re: ALONZO TARELL JONES, a/k/a Rell,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Columbia.  (3:19-cr-00986-MGL-14)

---

Submitted:  June 12, 2025                                 Decided:  June 17, 2025

---

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Alonzo Tarell Jones, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Tarell Jones petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion to vacate.  He seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the district court denied relief on Jones' motion on May 30, 2025.  Accordingly, because the district court has recently ruled on Jones' motion, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*